UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1489

UNITED STATES OF AMERICA

v.

JOSEPH GRIESBAUM,
                                        Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Criminal No. 04-cr-0006E
(Honorable Sean J. McLaughlin)

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 14, 2006

Before:  SCIRICA, *Chief Judge*, BARRY and FISHER, *Circuit Judges*

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 14, 2006.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 1, 2005, be, and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              <u>/s/ Marcia M. Waldron</u>
                              Clerk

DATED: June 21, 2006